In the Matter of the Accounting of MECHANICS & FARMERS BANK, Respondent, as Trustee under the Will of HENRIETTA L. KNICKERBOCKER, Deceased.

FRANCES CHRISTMAN, as Administratrix of the Estate of ANNIE KNICKERBOCKER, Deceased, Appellant; WINIFRED C. KNICKERBOCKER, Respondent.

Submitted March 6, 1939; decided March 7, 1939.

Motion to amend the remittitur denied. Costs are payable only to the respondent Winifred C. Knickerbocker. (See 280 N. Y. 560.)